**YUYAMA MANUFACTURING CO., LTD., Plaintiff–Appellant,**

v.

**JVM CO., LTD., Defendant–Appellee.**

**No. 2011–1104.**

United States Court of Appeals, Federal Circuit.

July 22, 2013.

Chong H. Roh, Park Law Firm, Los Angeles, CA, for Defendant–Appellee.

Michael A. O'Shea, Hunton & Williams LLP, Washington, DC, for Plaintiff–Appellant.

**ORDER**

The appellant having failed to respond to this court's June 10, 2013 order,

It Is Ordered That:

The appeal is dismissed.